IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 MAY 16  PM 3:30
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
  DEPUTY

| | |
|---|---|
| STEPHANIE KINNAIRD AND RICKEY KINNAIRD, PLAINTIFFS, | § § § § |
| V. | §  CAUSE NO. A-12-CV-059-LY |
| UNITED STATES OF AMERICA, DEFENDANT. | § § § |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On May 10, 2013, the parties filed a Stipulation of Dismissal with prejudice (Doc. #28), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __16th__ day of May, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE